[No. 14043-4-I.   Division One.   December 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
HUGH STOCKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for What-com County, No. 83-1-00125-3, Marshall Forrest, J., entered November 2, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 11864-1-I.   Division One.   December 19, 1984.]

*In the Matter of the Marriage of* HELENA O. HENKEL,
*Respondent, and* WILLIAM M. HENKEL,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-3-01939-2, Frank H. Roberts, Jr., J., entered May 17, 1982. *Reversed* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Callow and Coleman, JJ.

[No. 11671-1-I.   Division One.   December 19, 1984.]

INLAND EMPIRE ELECTRICAL WORKERS WELFARE TRUST
FUND, *Appellant,* v. BLUE CROSS OF
WASHINGTON AND ALASKA,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-00187-6, David W. Soukup, J., entered March 31, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Scholfield, JJ.